IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON DARNELL PAYTON                                                            PLAINTIFF
ADC #142389

V.                           NO. 2:18-cv-00116-KGB-ERE

EMMER BRANCH                                                                    DEFENDANT

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Payton's claims has been sent to Judge Kristine G. Baker. The parties may file objections with the Clerk of Court if they disagree with the findings or conclusion set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If the parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.  Discussion:**

Plaintiff Jason Darnell Payton, formerly an Arkansas Division of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983 on

August 13, 2018. *Doc. 2*. On August 16, 2018, the Court advised Mr. Payton of his obligations under Local Rule 5.5(c)(2), including his duty to keep the Court informed of his current address and to timely respond to any Court Order directing action on his part. *Doc. 3*.

On June 22, 2021, Defendant Emmer Branch, the sole remaining Defendant, moved for a Court order compelling Mr. Payton to respond to her discovery requests. *Doc. 27*. The same day, the Court granted the motion and ordered Mr. Payton to file his responses to Defendant Branch's discovery requests within 30 days. *Doc. 70*. The Court cautioned Mr. Payton that his failure to file responses, as ordered, would likely result in the dismissal of his claims, without prejudice.

To date, Mr. Payton has not filed discovery responses, and the time for doing so has passed. Meanwhile, mail to Mr. Payton has been returned to the Court as "undeliverable." *Doc. 73*. Thus, Mr. Payton also has failed to provide the Court an updated mailing address as required by this Court's local rules.

### III.   Conclusion:

The Court recommends that Mr. Payton's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's June 22, 2021 Order, his failure to comply with Local Rule 5.5(c)(2), and his failure to prosecute this lawsuit.

DATED this 29th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE