IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON DARNELL PAYTON**  **PLAINTIFF**
ADC #142389

v.          Case No. 2:18-cv-00116-KGB-BD

**M. BARNETT,** *et al.*          **DEFENDANTS**

## ORDER

    Jason Darnell Payton, an Arkansas Department of Correction ("ADC") inmate at the time, filed this lawsuit *pro se* pursuant to 42 U.S.C. § 1983 (Dkt. Nos. 2, 20, 40). Before the Court is a Recommended Disposition entered by United States Magistrate Judge Edie Ervin (Dkt. No. 74). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. Judge Ervin recommends dismissing without prejudice Mr. Payton's remaining pending claims against defendant Warden Emmer Branch for Mr. Payton's failure to comply with the Court's June 22, 2021, Order, his failure to comply with Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2), and his failure to prosecute his lawsuit.

    For good cause shown, the Court adopts the Recommended Disposition as its findings in all respects (Dkt. No. 74). The Court dismisses without prejudice Mr. Payton's remaining claims against Mr. Branch. The Court by prior Orders dismissed Mr. Payton's other claims in this matter.

    So ordered this the 15th day of September, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge