# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JASON DARNELL PAYTON**                                                                          **PLAINTIFF**
**ADC #142389**

**v.**                                                    **Case No. 2:18-cv-00116-KGB-BD**

**M. BARNETT,** *et al.*                                                                          **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order filed on this date and this Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Jason Darnell Payton's claims are dismissed. The relief sought is denied.

So adjudged this 15th day of September, 2021.

_____
Kristine G. Baker
United States District Judge